ORIGINAL

# DESTIME LAW

**MEMO ENDORSED**

October 7, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/25

**VIA ECF**
The Honorable Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    *Re:*    *Featherstone Entertainment, LLC v. Grand Hustle Films, LLC, et al.*
            *Case No. 1:25-cv-5124—Submission of Attorney's Fees Related to Court's September 30, 2025 Order*

Dear Judge Stanton:

    This firm represents Plaintiff Featherstone Entertainment, LLC ("Featherstone"). On September 30, 2025, this Court entered an Order denying Featherstone's motion for default judgment against Defendant Situationships the Film LLC (the "LLC") but awarding Featherstone sanctions from the LLC in the amount of $1,650.00. This Court also ordered the LLC reimburse Featherstone for the costs incurred with its request for default. Featherstone respectfully submits the attached billing records in support of reimbursement.

    As reflected in the documentation below, Featherstone's attorneys' fees and costs in connection with its motion for default application totals $16,975.00 Accordingly, Featherstone respectfully requests that the Court direct the LLC to remit payment of **$18,625.00**—representing $16,975.00 in fees and $1,650.00 in sanctions—within seven (7) days of this letter.

                          Respectfully submitted,

                          */s/ Vanessa Destime*

*No opposition. So Ordered.*
*Louis L. Stanton*
*10/15/25*

---

**DESTIME LAW LLC**
26 Broadway | Suite 934 | New York, NY 10004

vanessa@destimelaw.com
T: (914) 365-8980 | C: (631) 671-4848

# DESTIME LAW

Destime Law, LLC
Work-In-Progress Through 9/30/2025
Matter ID: 2679-01001

Cylla Senii
SDNY
Re: Featherstone Entertainment LLC v. Situationships The Film, LLC, et al.

**Billing Comments**

**Fee Details**

| Date | Atty | Fee Details | Time/Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 9/2/25 | VD | VD drafted premotion letter to judge re: request to file motion for default judgment against situationships the film LLC including research, drafted request to clerk for entry of default including attorney affirmation, proofs of service, and exhibits, filed documents on docket and conformed to comply with the federal rules, judge's individual rules, and local rules | 6.2 | $ 350.00 | $ 2,170.00 |
| 9/4/25 | VD | VD attended PC conference at SDNY to discuss letter motion for default judgment against situationships the film LLC, including travel | 4.4 | $ 350.00 | $ 1,540.00 |
| 9/5/25 | VD | Phone call with client re: case updates, PC conference on request for default judgment against the LLC, and next steps | 0.8 | $ 350.00 | $ 280.00 |
| 9/9/25 | VD | VD began research for motion for default judgment | 1.7 | $ 350.00 | $ 595.00 |
| 9/10/25 | VD | VD drafted motion for default judgment against the LLC including case and statutory research | 8.3 | $ 350.00 | $ 2,905.00 |
| 9/11/25 | VD | VD continued drafting motion for default judgment against the LLC including case and statutory research, and begin drafting of client affidavit | 4.1 | $ 350.00 | $ 1,435.00 |
| 9/12/25 | VD | VD revised and finalized memorandum of law in support of motion for default judgment against the LLC, drafted notice of motion, attorney affidavit, statement of damages, proposed order, and compiled exhibits, finalized documents and filed on docket; exchanged emails with opposing counsel re: incoming motion to change venue | 6.9 | $ 350.00 | $ 2,415.00 |
| 9/13/25 | VD | VD served Situationships the Film LLC via USPS mailing | 0.5 | $ 350.00 | $ 175.00 |

**DESTIME LAW LLC**
26 Broadway | Suite 934 | New York, NY 10004

vanessa@destimelaw.com
T: (914) 365-8980 | C: (631) 671-4848

# DESTIME LAW

| | | | | | |
|---|---|---|---|---|---|
| 9/15/25 | VD | VD exchanged emails and had phone call with opposing counsel for Situationships the Film LLC re: desire to appear, withdrawal of motion for default judgment, and possible settlement | 0.4 | $ 350.00 | $ 140.00 |
| 9/21/25 | VD | VD reviewed Situationships the LLC letter motion opposing default judgment and case law, conducted research, drafted letter in response, and finalized for filing | 4.8 | $ 350.00 | $ 1,680.00 |
| 9/24/25 | VD | VD reviewed The LLC's response letter and drafted response with case law research | 3.7 | $ 350.00 | $ 1,295.00 |
| 9/29/25 | VD | VD drafted opposition to Defendants' motion to transfer venue including research, exhibits, and filed motion | 4.9 | $ 350.00 | $ 1,715.00 |
| 10/2/25 | VD | VD reviewed court order on motion for default judgment and sent client update email regarding motion and order | 0.7 | $ 350.00 | $ 245.00 |
| 10/6/25 | VD | VD drafted letter to court re: attorney's fees related to motion for default judgment Situationships the Film LLC Order | 0.3 | $ 350.00 | $ 105.00 |
| 10/7/25 | VD | VD revised letter to court re: the LLC's reimbursement and prepared billing report, filed document on docket | 0.8 | $ 350.00 | $ 280.00 |

**Total Fees: $ 16,975.00**

Please make all checks/payments payable to Destime Law LLC.

Wire instructions are available upon request.

DESTIME LAW LLC
26 Broadway | Suite 934 | New York, NY 10004
vanessa@destimelaw.com
T: (914) 365-8980 | C: (631) 671-4848